# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# (Trenton)

| | |
|---|---|
| TONYA GRUCHACZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:19-cv-16303-BRM-DEA |
| GENERAL MOTORS LLC, | ) Return Date: January 6, 2020 |
| Defendant. | ) |

## GENERAL MOTORS' MOTION TO DISMISS

General Motors LLC respectfully moves this Court to dismiss plaintiff's claims for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, GM simultaneously files a memorandum and supporting exhibit. For the reasons set forth in the pleadings, GM respectfully requests that this Court dismiss plaintiff's claims with prejudice.

Dated: October 28, 2019  Respectfully submitted,

/s/ *Allyson M. McKinstry*
Allyson M. McKinstry
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 223-4000
Fax: (212) 223-4134
amckinstry@crowell.com

Kathleen Taylor Sooy
(*admitted pro hac vice*)

CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5611
ksooy@crowell.com

*Attorneys for General Motors LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 28, 2019 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Allyson M. McKinstry*
Allyson M. McKinstry