UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TONYA GRUCHACZ On Behalf of herself and
All Other Persons Similarly Situated,

           Plaintiff,

-against-

GENERAL MOTORS, LLC,

           Defendant.

Case No.: 19-cv-16303-BRM-DEA

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**

**PLEASE TAKE NOTICE** that Plaintiff, Tonya Gruchacz, by her attorneys, Poulos LoPiccolo PC and Lite DePalma Greenberg, LLC, herby dismisses the above captioned matter without prejudice against Defendant General Motors, LLC.

DATED: December 2, 2019

           **POULOS LOPICCOLO PC**

By: */s/ Joseph LoPiccolo*
     Joseph LoPiccolo (NJ ID#090792013)
     John N. Poulos (NJ ID#030032001)

1305 South Roller Road
Ocean, NJ 07712
732-757-0165
lopiccolo@pllawfirm.com
poulos@pllawfirm.com

Bruce D. Greenberg (NJ ID#014951982)
**LITE DEPALMA GREENBERG, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
973-623-3000
bgreenberg@litedepalma.com

It is so ordered this 2nd day of December, 20 19

Brian R. Martinotti, U.S.D.J.